FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 09 2014

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

VS.                       NO. 4:14MJ6022-01

GABRIEL RENTERIA                                         DEFENDANT

## ORDER

The Defendant Gabriel Renteria appeared before the court on April 9, 2014, for an initial appearance on a criminal complaint. Mr. Renteria is not well-versed in the English language and is unable to understand the proceedings being conducted. Mr. Renteria and his counsel requested the assistance of an interpreter to enable Mr. Renteria to communicate with and comprehend the presiding judicial officers and other parties at any and all proceedings conducted in court.

The Court therefore directs that an interpreter be appointed, pursuant to Rule 28 of the Federal Rules of Criminal Procedure. The Clerk is directed to appoint a qualified interpreter to assist the Defendant, counsel, and the court at any and all court proceedings in this case.

IT IS SO ORDERED this 9th day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE